IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| YVES DEUGOUE, | § |
| *Plaintiff*, | § § § |
| v. | § § CASE NO. 6:23-CV-331-JDK-KNM |
| CMRE FINANCIAL SERVICES, INC., | § § § |
| *Defendant.* | § |

## REPORT AND RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

The above-styled lawsuit was referred to the undersigned for all pretrial matters pursuant to 28 U.S.C. § 636. On February 26, 2024, Plaintiff filed a motion to dismiss the claims against Defendant CMRE Financial Services, Inc. ("CMRE") with prejudice. Doc. No. 14.

Pursuant to Federal Rule of Civil Procedure 41(a)(2), an order of court is required for voluntary dismissal after an answer has been filed unless the parties file a stipulation of dismissal that is signed by all parties. Plaintiff's motion states that Plaintiff and Defendant CMRE have reached a settlement in this matter and seeks dismissal of the claims against CMRE with prejudice. Doc. No. 14. No response has been filed.

Based on the foregoing, the Court **RECOMMENDS** that Defendant's Motion to Dismiss (Doc. No. 14) be **GRANTED** and that Plaintiff's claims against Defendant CMRE be **DISMISSED WITH PREJUDICE**.

Within fourteen (14) days after service of the magistrate judge's report, any party must serve and file specific written objections to the findings and recommendations of the magistrate judge. 28 U.S.C. § 636(b)(1)(C). In order to be specific, an objection must identify the specific finding or recommendation to which objection is made, state the basis for the objection,

and specify the place in the magistrate judge's report and recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the magistrate judge is not specific.

Failure to file specific, written objections will bar the party from appealing the unobjected-to factual findings and legal conclusions of the magistrate judge that are accepted by the district court, except upon grounds of plain error, provided that the party has been served with notice that such consequences will result from a failure to object. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

So ORDERED and SIGNED this 13th day of March, 2024.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE