IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| YVES DEUGOUE, § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> CMRE FINANCIAL SERVICES, INC., § <br> § <br> *Defendant.* § <br> § | CASE NO. 6:23-cv-331-JDK-KNM |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

Plaintiff Yves Deugoue, proceeding pro se, filed this case in the Justice Court, Precinct 1, Gregg County, Texas on May 24, 2023. Defendant removed the case to this court on July 6, 2023. The case was referred to United States Magistrate Judge K. Nicole Mitchell for findings of fact, conclusions of law, and recommendations for disposition.

On March 13, 2024, Judge Mitchell issued a Report and Recommendation (Docket No. 15), recommending that Plaintiff's Motion to Dismiss (Docket No. 14) be granted and that Plaintiff's claims against Defendant CMRE Financial Services, Inc. be dismissed with prejudice. A copy of this Report was sent by certified mail to the address provided by Plaintiff. It was returned to the Court with the notation "Return to Sender, Unclaimed, Unable to Forward." Docket No 16. No written objections have been received.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and

Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

Here, no objections were filed. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews her legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and Recommendations, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendations of the United States Magistrate Judge (Docket No. 15) as the findings of this Court. It is therefore **ORDERED** that this case is **DISMISSED** with prejudice.

So **ORDERED** and **SIGNED** this **12th** day of **April, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE